**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-137-DLB-CJS**

**CITY OF COVINGTON**                                                              **PLAINTIFF**

**v.**              **ORDER ADOPTING REPORT AND RECOMMENDATION**

**TRISTATE NOAH PROJECT, INC.**                                      **DEFENDANT**

\* \*    \* \*    \* \*    \* \*    \* \*    \* \*    \* \*    \* \*

This matter is before the Court on Defendant Tristate Noah Project, Inc.'s Motion to Remand to Kenton Circuit Court (Doc. # 5).  This matter was referred to Magistrate Judge Candace J. Smith for the purpose of reviewing the Motion and preparing a Report and Recommendation.  After reviewing the Motion to Remand (Doc. # 5), Judge Smith issued a Report and Recommendation on July 2, 2026, recommending this Court grant Defendant's Motion to Remand.  (Doc. # 6 at 6).  No objections to the Report and Recommendation have been filed and the time to do so has expired.  Therefore, the Report and Recommendation is now ripe for review.

Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommended disposition.  Thus, the Report and Recommendation will be **adopted** as the Opinion of the Court**,** and Defendant's Motion to Remand to Kenton Circuit Court (Doc. # 5) is **granted.**  Accordingly,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)    The Report and Recommendation of Magistrate Judge Candace J. Smith (Doc. # 6) be, and is hereby, **ADOPTED as the Opinion of the Court**;

1

(2)    Defendant Tristate Noah Project Inc.'s Motion to Remand to Kenton Circuit Court (Doc. # 5) is **GRANTED**;

(3)    This action is hereby **REMANDED** to Kenton Circuit Court; and

(4)    This matter be **STRICKEN** from the Court's active docket.

This 27th day of July, 2026.



Signed By:

David L. Bunning    DB

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2026\26-137 Order Adopting Report and Recommendation.docx